**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **GLENN HANCOCK,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NO. 5:25-cv-498 (MTT)** |
| ) | |
| **CARLOS DUFFEY,** *et al.,* ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER

Plaintiff's amended complaint for injunctive and declaratory relief (ECF 9) does not allege that he received a warning or a citation, and absent appropriate amendment, the Court in its ruling on the Defendants' motion to dismiss (ECF 10) will assume he did not. If Plaintiff wishes to amend his complaint to allege an injury, he **SHALL** do so by **February 26, 2026**.

Leave to amend is granted solely to allege any such injury. However, Plaintiff's second amended complaint will supersede and replace Plaintiff's previous complaints in their entirety. *Hoefling v. City of Miami*, 811 F.3d 1271, 1277 (11th Cir. 2016); *Lowery v. Alabama Power Co.*, 483 F.3d 1184, 1219 (11th Cir. 2007) ("[a]n amended complaint supersedes the initial complaint and becomes the operative pleading in the case.").

**SO ORDERED**, this 19th day of February, 2026.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT