IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

GLENN HANCOCK,                          *

               Plaintiff,              *

v.                                          Case No.5:25-cv-498 (MTT)
                                        *

CARLOS DUFFEY, et al.,

               Defendants.            *

_____         *

## **J U D G M E N T**

Pursuant to this Court's Order dated July 22, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered in favor of Defendant.  Plaintiff shall recover nothing of Defendant.

Defendant shall also recover costs of this action.

    This 23rd day of July, 2026.

                      David W. Bunt, Clerk

                      s/ Katie Logsdon, Deputy Clerk